ACCEPTED
05-15-00105-CV
FIFTH COURT OF APPEALS
DALLAS, TEXAS
1/28/2015 10:12:30 AM
LISA MATZ
CLERK

# DARRELL W. COOK & ASSOCIATES

DARRELL W. COOK

STEPHEN W. DAVIS
CATHERINE A. KEITH
MELISSA J. PARKER

TOM MELTON
 OF COUNSEL

A PROFESSIONAL CORPORATION
5005 GREENVILLE AVENUE, SUITE 200
DALLAS, TEXAS 75206

TELEPHONE (214) 368-4686
TELECOPY (214) 363-9979

WWW.ATTORNEYCOOK.COM

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
1/28/2015 10:12:30 AM
LISA MATZ
Clerk

January 28, 2015

*VIA EFILE.TXCOURTS.GOV*
Dallas County District Clerk
**ATTN: Transcript Department**
George L. Allen, Sr. Courts Building
600 Commerce Street, Suite 101
Dallas, TX  75202

>    RE:    Amended Request for preparation of Clerk's Record, updating filing deadline:
>
>    *Darrell W. Cook, P.C. d/b/a Darrell W. Cook & Associates, A Professional Corporation v. American Litho Graphics in the 162nd Judicial District Court, Dallas County, Texas; Cause No. DC-14-08073; On Appeal to the Fifth Court of Appeals, Dallas, Texas*
>
>    On Appeal:
>
>    *In the Court of Appeals, Fifth District of Texas, Darrell W. Cook, P.C. d/b/a Darrell W. Cook & Associates, A Professional Corporation v. American Litho Graphics; Cause No. 05-15-00105-CV*

Dear Clerk of the Court,

Darrell W. Cook, P.C. d/b/a Darrell W. Cook & Associates, A Professional Corporation, Petitioner in the above styled and reference cause filed its Notice of Appeal with the Fifth Court of Appeals, Dallas, Texas on January 27, 2015. In a letter dated January 27, 2015, I requested that you prepare a complete clerk's record. However, that request stated an incorrect deadline for you to file the clerk's record. Please disregard my previous request and accept this amended request for preparation of Clerk's Record.

As counsel for Petitioner, in accordance with Tex. R. App. P. § 34.5(a) and (b), I request that you prepare a complete clerk's record of the proceedings in the above referenced cause and file it with the Fifth Court of Appeals, Dallas, Texas.

Petitioner requests the following items be included in the clerk's record. This list includes those items required pursuant to Tex. R. App. P. § 34.5:

1. Darrell W. Cook, P.C. d/b/a Darrell W. Cook & Associates, A Professional Corporation's Original Petition filed July 29, 2014;

2. Served Citation filed August 27, 2014;

3. Return of Service filed August 27, 2014;

4. Petitioner Darrell W. Cook, P.C. d/b/a Darrell W. Cook & Associates, A Professional Corporation's Motion for Default Judgment and Certificate of Last Known Mailing Address filed September 16, 2014;

5. Order Denying Plaintiff's Motion for Default Judgment, conformed on October 24, 2014;

6. Notice of Intent to Dismiss, dated October 29, 2014;

7. Order of Dismissal for Want of Prosecution, conformed on December 29, 2014, which is being appealed;

8. The Court's docket sheet;

9. The Notice of Appeal, filed January 27, 2015;

10. Any request for a reporter's record, including any statement of points or issues under Tex. R. App. P. § 34.6(c), if any;

11. Request for preparation of the Clerk's record, if any; and

12. A certified bill of costs including the cost of preparing the clerk's record, showing credits for payments made.

The clerk's record should be filed with the clerk of the Fifth Court of Appeals in Dallas, Texas on or before **February 27, 2015**. Additionally, please prepare and send a copy of the clerk's record to me at 5005 Greenville Ave, Suite 200, Dallas, Texas 75206.

Respectfully Submitted,

DARRELL W. COOK & ASSOCIATES,
A PROFESSIONAL CORPORATION

/s/ Darrell W. Cook
DARRELL W. COOK
State Bar No. 00787279
dwcook@attorneycook.com
MELISSA J. PARKER
State Bar No. 24077516
melissa@attorneycook.com
A Professional Corporation
One Meadows Building
5005 Greenville Ave., Suite 200
Dallas, TX  75206
(214) 368-4686
(214) 363-9979 Telecopy

**ATTORNEYS FOR PETITIONERS**

**CERTIFICATE OF SERVICE**

I hereby certify that on the 28th day of January, 2015 a true and correct copy of the above and foregoing was served upon all counsel of record herein in accordance with the Texas Rules of Civil Procedure and Texas Rules of Appellate Procedure.

*VIA CERTIFIED MAIL NO. 7014 1200 0001 5383 0490*
*RETURN RECEIPT REQUESTED AND U.S. FIRST CLASS MAIL*
AMERICAN LITHO GRAPHICS, INC.
By and through its registered agent:
Juan Mollinedo
3233 West Kingsley Road
Garland, Texas 75041

/s/ Melissa J. Parker
MELISSA J. PARKER